## IN THE MATTER OF THE ESTATE OF BAZIL PEPIN, DECEASED

JOURNAL ENTRIES (1821): *Journal 3:* (1) Notice of petition ordered published *p. 169; (2) notice proved, sale ordered *p. 247.
PAPERS IN FILE: [None]

## HUBERT LACROIX *versus* ISAAC P. SKINNER, ISAAC W. LEE AND SAMUEL EGNEW

JOURNAL ENTRIES (1821): *Journal 3:* (1) Motion to dismiss for want of legal service of writ, granted *p. 171.
PAPERS IN FILE: (1) Precipe for capias; (2) affidavit of illegal service. *1821 Calendar*, MS p. 58. Recorded in *Book A*, MS pp. 64–66.